**Rehan Sheikh**
PO Box 869 French Camp CA 95231
Phone (209) 982 9039; Fax (209) 468 6392; Email: rehansheikh@yahoo.com

---

Date: January 27, 2010

Hon. Judge or Presiding Judge
Eastern District of California
Sacramento Division

**FILED**
JAN 27 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Subject:     Permission for E-filing Privileges

Reference:   Farzana Sheikh v. Medical Board of California

2 10-cv-0213 FCD GGH

Dear Judge,

    I am writing to request your kind permission for access to e-filing with Eastern District of California. I am an engineer by profession and with the permission of this court, I will be representing Dr. Sheikh, my wife on the above referenced matter under special circumstances.

    I have previously represented Dr. Sheikh in the administrative proceedings with the Medical Board of California and also with the Office of Administrative Hearings California. Generally Administrative Procedure Act (APA) permits lay individuals to represent their clients with the above referenced agencies. I have also represented Dr. Sheikh before Superior Court(s) of California, once on the above referenced matter.

    Though I am without formal legal education, some years ago, I was able to attend a couple of classes at recognized law schools in the San Francisco Bay area including Boalt Hall. I have previously pleaded before Northern District of California where I have e-filing (ECF) privileges. I have appropriately used e-filing system over the years without any complaint.

    The e-filing will speed up the process via electronic delivery. I am comfortable with using computers and electronic filing. I want to thank you for your very kind consideration in this regard. I will be very glad to answer any questions in this regard.

Respectfully,

*[signature]*

Engineer, Rehan Sheikh
Representative for Dr. Sheikh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

[PROPOSED] ORDER;

Electronic Document Filing (ECF) access is approved for Rehan Sheikh.

THIS IS ORDERED.

Date: Jan     , 2010                    -------------------------------------------------

UNITED STATES DISTRICT JUDGE