

*EDMUND G. BROWN JR.*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5578
Facsimile: (415) 703-5480
E-Mail: Lynne.Dombrowski@doj.ca.gov

January 29, 2010

**Via E-Filing**
The Honorable Gregory G. Hollows
Chief Magistrate Judge
United States District Court
United States Courthouse
501 "I" Street, Suite 4-200
Sacramento, CA 95814

RE:    Farzana Sheikh, M.D., v. Medical Board of California, et al,
       USDC Eastern District Court No. 2:10-cv-00213-FCD-GGH
       Office of Administrative Hearings, Sacramento Regional Office, Case No. 2009050926

Dear Judge Hollows:

I am writing this letter on behalf of our client, the Medical Board of California that was served with a copy of a Petition for Writ of Review on Denial of Application for Physician's License by Medial Board of California, Declaratory Relief, and Section U.S.CA. 183[sic]. This letter is written to advised that this Petition was filed and signed by Rehan Sheikh, a non-attorney, on behalf of Farzana Sheikh, M.D. As admitted by Mr. Sheikh on the caption, and in his pleadings, he is not a member of the California State Bar, he is not an attorney, and he is not a party to the action. Mr. Sheikh has no legal authority to file the above entitled action in this court. Mr. Sheikh has been previously advised by the California Court of Appeal, Third District, as recently as August 11, 2009, that he has no legal authority to sign and file pleadings on behalf of his wife Ms. Sheikh. A copy of that Court's order striking his Petition for Writ of Administrative Mandamus is attached hereto for the court's reference.

The Honorable Gregory G. Hollows
January 29, 2010
Page 2


    We would request that Mr. Sheikh's pleading be stricken.  Thank you for your consideration with respect to the above.


               Sincerely,

               "/s/ Lynne Dombrowski"
               LYNNE DOMBROWSKI
               Deputy Attorney General

        For    EDMUND G. BROWN JR.
              Attorney General

Enclosure

Cc:    Farzana Sheikh, P.O. Box 869, French Camp, CA  95231 (by U.S. Mail)
       Rehan Sheikh, P.O. Box 869, French Camp, CA  95231, (by U.S. Mail)

SF2009403155
40426716.doc

IN THE

# Court of Appeal of the State of California

IN AND FOR THE

## THIRD APPELLATE DISTRICT

# FILED

AUG 11 2009

COURT OF APPEAL - THIRD DISTRICT
DEENA C. FAWCETT

BY_____ Deputy

FARZANA SHEIKH,
    Petitioner,
      v.
OFFICE OF ADMINISTRATIVE HEARING,
    Defendants;
MEDICAL BOARD OF CALIFORNIA,
    Real Party in Interest.

C062597
San Joaquin County
No. 39200900223038CUWMSTK

BY THE COURT:

The "Verified Petition for Writ of Administrative Mandamus" was submitted for filing and verified not by a petitioner but by Rehan Sheikh, Engineer, self-described as "Representative (Non-Attorney) for" Petitioner with a "State Bar Associate # 505617." Rehan Sheikh is not authorized to practice law in California and the # 505617 is not a number issued by the California State Bar. Rehan Sheikh has no legal authority to submit the petition for filing.

The filing of the "Verified Petition for Writ of Administrative Mandamus" is therefore stricken.

Dated:   August 11, 2009

SCOTLAND, P.J.

-------------------------------

cc: See Mailing List

IN THE

# Court of Appeal of the State of California
## IN AND FOR THE
## THIRD APPELLATE DISTRICT

MAILING LIST

Re:    Sheikh v. The Superior Court of San Joaquin County
       C062597
       San Joaquin County No. 39200900223038CUWMSTK

Copies of the attached document have been sent to the individuals checked below:


Farzana Sheikh M.D.
P.O. Box 869
French Camp, CA 95231-0869

Office of Administrative Hearing
2349 Gate Oaks, Suite 200
Sacramento, CA 95833

Susan K. Meadows
Office of the State Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

San Joaquin County Superior Court   -   Main (Stockton Court 1)
222 East Weber Avenue, Room 303
Stockton, CA 95202