REHAN SHEIKH, Engineer
State Bar Associate Member
P.O. Box 869
French Camp, CA 95231
Telephone:   (209) 982 9039
Facsimile:   (209) 468 6392
rehansheikh@yahoo.com

Representative For;
FARZANA SHEIKH, M.D.



FILED

FEB  4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| FARZANA SHEIKH, M.D.<br>Plaintiff,<br><br>v.<br><br>MEDICAL BOARD OF CALIFORNIA<br>Defendant<br><br>and<br>THE STATE OF CALIFORNIA<br>Defendant | CASE: 2:10-CV-00213 – FCD - GGH<br><br>**PETITION FOR WRIT OF REVIEW;**<br><br>**OPPOSITION TO DEFENDANT'S MOTION TO STRIKE** |

Plaintiff Farzana Sheikh[1], M.D. hereby respectfully comes before the Court via her representative and submits her opposition to Motion to Strike by the Medical Board of California.

Defendant Medical Board of California via Office of Attorney General submitted a Motion to Strike dated January 29, 2010 before this Court. In that letter/ Motion to Strike, the Defendants have presented an order from a California Court of Appeals. Defendants have attempted to mislead

---

[1] Petitioner Farzana Sheikh, M.D. is hereby referred as Dr. Sheikh.

this Court because the order from the Appellate Court does not state that Rehan Sheikh, a Non-attorney cannot represent his wife with that Court.

The Board's assertion that the Third Appellate District had denied Dr. Sheikh to be represented by her husband is beyond speculation if Dr. Sheikh was not even represented by her husband. This is a fact that the Writ of Review with Third Appellate District was submitted directly by Dr. Sheikh and not via her husband (Exhibit A; Title page of the Writ). The Board is only attempting to mislead this Court without providing any justification for its own interpretation of the Court's opinion.

Dr. Sheikh had asked the Third Appellate District to review for the following questions;

1) Can Office of Attorney General (California) bring accusations against physicians in its official capacity
   a. Dr. Sheikh had submitted multiple requests for investigation with the Attorney General.

2) Can the Board/Office of attorney General seek recusal of a Judge for prejudice without any element of prejudice and without stating any element of prejudice?
   a. An Administrative Law Judge, Hon. Karen Brandt had ordered the Medical Board and two Residency Program(s) that Dr. Sheikh had attended in Texas and in California to provide specific documentation that the Judge considered relevant for determination of Dr. Sheikh's eligibility for license. The Board via office of Attorney General (in its official capacity) immediately submitted a Motion and requested recusal of the Judge (Exhibit B). The Board was granted its Motion without hearing and without a written decision.

The opinion of the Court of Appeals Third Appellate District presented by the Medical Board /Office of attorney General in the Motion to strike was also sent to the Office of Administrative Hearing. An Administrative Law Judge with California Office of Administrative Hearings reviewed that opinion of the Court of Appeals. Though Medical Board/Office of Attorney General attempted

to convince the ALJ otherwise, including ex-parte communications, Administrative Law Judge allowed Mr. Sheikh to represent his wife. Dr. Sheikh submitted the opinion of the Administrative Law Judge along with the Petition for Writ of Review; that opinion clearly states that Dr. Sheikh is represented by Mr. Sheikh. The opinion of Administrative Law Judge is dated November 3rd, 2009 well after the opinion of the Court of Appeals is dated August 11, 2009.

While submitting Petition before this Court, Dr. Sheikh submitted Writ via her representative. Dr. Sheikh also requested permission of this Court to be represented by her husband. Additionally Dr. Sheikh presented written arguments on this topic before this Court along with the Petition.

Dr. Sheikh is pleading for her vested property rights that she qualified for after long years of studies and hard work. She deserves to be represented by a qualified & experienced attorney and not just by a non-attorney. Dr. Sheikh had previously retained a qualified law firm for representation. However, such representation is not available to her for the reasons only known to Defendants (Exhibit C; Testimony of Deputy Attorney General- transcript of hearings August 12, 2009). "

Laws pertaining to state Medical licenses are complex and immunities enjoyed by the State Medical Boards are insurmountable. Dr. Sheikh, under duress, has no viable alternative but to seek as much help that is available to her including representation from her husband who can provide some legal help. Dr. Sheikh was represented by her husband during Administrative Proceedings administered by Defendants

In the Motion to Strike, Defendants are ONLY asking this Court NOT to review Dr. Sheikh's Petition on merits. The State's opposition is general, without any legal argument and without any merits. The defendants have not claimed any prejudice as a result of Dr. Sheikh's representation by her husband. This is within discretion of this Court to allow a non-attorney to represent an individual. The Courts have always recognized promotion of Justice to be most important

consideration. In this scenario, the justice will be served by NOT prohibiting Dr. Sheikh to be represented by her husband.

Therefore, Dr. Sheikh requests that defendant's Motion to Strike be summarily dismissed by this Court. Sheikh requests permission of this Court to be represented by her husband under exceptional and unique circumstances. Dr. Sheikh deserves a chance to be heard on merits of arguments. A federal Court is an appropriate venue for this Writ of Review for multiple reasons, including but not limited to, Interstate parties who have denied compliance with the Discovery orders of Administrative Law Judge and visible violation of Constitutional Rights of a woman physician. This Court is requested to favorably consider granting permission for e-filing to Dr. Sheikh's husband. Mr. Sheikh has such privileges with Northern District of California and he is familiar with using electronic document submission with the District Court.

Respectfully Submitted,

Dated: February 4, 2010

--------------------------------
Rehan Sheikh
Husband &
Representative for Dr. Sheikh

# EXHIBIT A

ORIGINAL

Farzana Sheikh, M.D
Prepared and submitted by
Rehan Sheikh, Engineer (State Bar Associate # 505617)
PO Box 869
French Camp, CA 95231-0869

Telephone:   (209) 982 9039
Facsimile:    (209) 468 6392
rehansheikh@yahoo.com

Representative (Non-Attorney) for Plaintiff
Farzana Sheikh, M.D.

FILED
AUG 11 2009
COURT OF APPEAL, THIRD DISTRICT
DEENA C. FAWCETT
BY _____ Deputy

X-C061448

# IN THE COURT OF APPEALS OF THE STATE OF CALIFORNIA

## THIRD APPELLATE DISTRICT

C062597

STAY REQUESTED

| | |
|---|---|
| FARZANA SHEIKH, M.D. | Superior Court County of San Joaquin |
| Plaintiff, | Case Number: 39-2009-00223038-CU-WM-STK |
| v. | **VERIFIED PETITION FOR WRIT OF ADMINISTRATIVE MANDAMUS** |
| OFFICE OF ADMINISTRATIVE HEARING | **CCP § 1094.5** |
| Defendants. | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE REQUEST FOR CONTINUANCE OF TRIAL DATED AUGUST 12, 2009** |
| MEDICAL BOARD OF CALIFORNIA Party of Interest | |

URGENT PLEASE

EXHIBIT B

1  EDMUND G. BROWN JR.
   Attorney General of California
2  JOSE R. GUERRERO
   Supervising Deputy Attorney General
3  SUSAN K. MEADOWS
   Deputy Attorney General
4  State Bar No. 115092
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA 94102-7004
     Telephone: (415) 703-5552
6    Facsimile: (415) 703-5480

**RECEIVED**

**JUN 3 1 2009**

7  *Attorneys for Complainant*

**BEFORE THE
MEDICAL BOARD OF CALIFORNIA
DEPARTMENT OF CONSUMER AFFAIRS
STATE OF CALIFORNIA**

| In the Matter of the Amended Statement of Issues Against:<br><br>**FARZANA SHEIKH**<br>**P.O. Box 869**<br>**French Camp, CA 95231**<br><br>Applicant. | Case No. 20-2009-196933<br><br>OAH No. 2009050926<br><br>NOTICE OF PEREMPTORY CHALLENGE<br>[CCR § 1034; Gov. Code § 11425.40(d)]<br><br>Hearing Date: August 12, 2009, 9:00 a.m. |
|---|---|

TO THE PRESIDING ADMINISTRATIVE LAW JUDGE:

Please take notice that Complainant, Barbara Johnston, in her official capacity as the Executive Director of the Medical Board of California, in the above entitled matter, is hereby

//
//
//
//
//
//
//
//
//

1

NOTICE OF PEREMPTORY CHALLENGE (Case No. 20-2009-196933)

1  exercising her right, by and through her counsel of record, Deputy Attorney General Susan K.
2  Meadows, to a peremptory challenge regarding Administrative Law Judge Karen Brandt pursuant
3  to California Code of Regulation section 1034 and Government Code section 11425.40(d).

Dated: July 29, 2009

Respectfully Submitted,

EDMUND G. BROWN JR.
Attorney General of California
JOSE R. GUERRERO
Supervising Deputy Attorney General

*Lynne Dombrowski-for*

SUSAN K. MEADOWS
Deputy Attorney General
*Attorneys for Complainant*

SF2009403155
40341670.doc

2

NOTICE OF PEREMPTORY CHALLENGE (Case No. 20-2009-196933)

Case 2:10-cv-00213-FCD-GGH    Document 7    Filed 02/04/2010    Page 10 of 15

# BEFORE THE
# OFFICE OF ADMINISTRATIVE HEARINGS



In the Matter of:
Medical Board of California
v.
Farzana Sheikh, M.D.

Agency / Agency Case No. 20-2009-196933

OAH No. 2009050926

☐ **SUBPOENA:** *Requesting Testimony*   ☒ **SUBPOENA DUCES TECUM:** *Requesting the Production of Records or Things*

| THE PEOPLE OF THE STATE OF CALIFORNIA SEND GREETINGS TO: | *(name and address of person being subpoenaed)* Barbara Johnston<br>Executive Director, Medical Board of California<br>2005 Evergreen Street Suite 1200<br>Sacramento California |
|---|---|
| 1. At the request of ☒ Petitioner  ☐ Respondent<br><br>*(party name)* _Farzana Sheikh, M.D. | *(name, address and telephone number of contact person)* Susan Meadows, Esq.<br>Deputy attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 |

2. **You are hereby commanded, business and excuses being set aside, to appear as a witness on:**

*(date)* _August 9, 2009_____, at *(time)* __10:00 AM_____, and then and there to testify at: *(location)*

☐ OAH, 2349 Gateway Oaks Drive, Suite 200, Sacramento CA 95833    ☐ OAH, 320 West Fourth Street, Room 630, Los Angeles CA 90013

☐ OAH, 1515 Clay Street, Suite 206, Oakland CA 94612    ☐ OAH, 1350 Front Street, Room 6022, San Diego CA 92101

☐ Other:_

☐ 3. You are not required to appear in person if you produce the records described in the accompanying affidavit and a completed declaration of custodian of records in compliance with Evidence Code sections 1560, 1561, 1562, and 1271. (1) Place a copy of the records in an envelope (or other wrapper). Enclose your original declaration with the records. Seal them. (2) Attach a copy of this subpoena to the envelope or write on the envelope the case name and number, your name and date, time, and place from item 2 (the box above). (3) Place this first envelope in an outer envelope, seal it, and mail it to the Office of Administrative Hearings at the address checked in item 2. (4) Mail a copy of your declaration to the attorney or party shown in item 1.

☒ 4. You are not required to appear in person if you produce the records described in the accompanying affidavit and a completed declaration of custodian of records in compliance with Evidence Code section 1561.
By _August 9, 2009_____ *(date)*, **send the records to:**
Rehan Sheikh PO box 869 French Camp CA 95231

*NOTE: This manner of production may not satisfy the requirements of Evidence Code section 1561 for admission at hearing.*

☐ 5. You are ordered to appear in person and to produce the records described in the accompanying affidavit. The personal appearance of the custodian or other qualified witness and the production of the original records is required by this subpoena. The procedure authorized by subdivision (b) of section 1560, and sections 1561 and 1562 of the Evidence Code will not be deemed sufficient compliance by this subpoena.

6. **Disobedience to this subpoena will be punished as contempt of court in the manner prescribed by law.**

7. **Witness Fees:** Upon service of this subpoena, you are entitled to witness fees and mileage actually traveled both ways, as provided by law, if you so request. You may request them before your scheduled appearance from the person named in item 1. *See Government Code sections 11450.05, 11450.50, 68092.5-68093, and 68096.1-68097.10.*

8. **IF YOU HAVE ANY QUESTIONS ABOUT WITNESS FEES OR THE TIME OR DATE YOU ARE TO APPEAR, OR TO BE CERTAIN THAT YOUR PRESENCE IS REQUIRED ON THE DATE AND TIME SPECIFIED ABOVE, CONTACT THE PERSON REQUESTING THIS SUBPOENA, LISTED IN ITEM 1 ABOVE, BEFORE THE DATE LISTED IN ITEM 2 ABOVE.**

*(Date Issued)*_____ *(Signature of Authorizing Official)*_____

*(Printed Name)*_____   *(Title)*_____

OAH-1 (Rev. 10/06)

# DECLARATION FOR SUBPOENA DUCES TECUM

*(Any party issuing a subpoena for production of books and/or records must complete this section.)*

The undersigned states that the books, papers, documents and/or other things named below and requested by this subpoena are material to the proper presentation of this case, and good cause exists for their production by reason of the following facts:

Plaintiff is requesting all records regarding Dr. Sheikh including but not limited to documentation, correspondence, meeting minutes, notes, call logs, audio or visual records or presentation, Investigations, expert reports, sub-rosa records or any other information of any nature. The documents include any such records with any Residency Program, Hospital, Institution, Board, entity or person.

The records are needed in order to determine eligibility of Dr. Sheikh to be licensed with the Medical Board of California.

*(Use additional pages, if necessary, and attach them to this subpoena.)*

Executed ___July 22, 2009_____, at French Camp _, California.

**I declare under penalty of perjury that the foregoing is true and correct.**

_____
*(Signature of Declarant)*

---

## METHOD OF DELIVERY of this subpoena:

☐ **Personal Service** – In accordance with Code of Civil Procedure sections 1987 and 1988, delivery was effected by showing the original and delivering a true copy thereof personally to:

☐ **Messenger Service** – In accordance with Government Code section 11450.20, an acknowledgement of the receipt of this subpoena was obtained by the sender after it was delivered by messenger to:

☐ **Certified Mail, Return Receipt Requested** – I sent a true copy of this subpoena via certified mail, return receipt requested to: *(name and address of person)*

__Susan Meadown, Esq. (DAG)_____

__455 Golden Gate Ave, Suite 110000_____

__San Francisco California 94102-7004-_____

at the hour of _____ m., on _July_____, 2_____,

City of _French Camp_____, State of California _____.

_____
*(Signature of Declarant)*

---

OAH-1 (Rev. 10/06) – REVERSE

EXHIBIT C

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20       MISS MEADOWS: I would like to address that. I
21  believe this is a veiled attempt to have more time, to issue
22  more subpoenas, to go to court, to get more documents. The
23  issue is documents. I keep hearing, "We want documents. We
24  want documents." I have made my objections to the documents
25  he has requested, including sub rosa records that the Board

REDACTED

```
 1   maintains, and he says that there has been a subpoena from
 2   the judge.
 3              Your Honor, I don't want to go too far into this,
 4   but as you know under the APA, subpoenas can be signed by an
 5   attorney or administrative law judge.  In this particular
 6   case they were signed by an administrative law judge, Judge
 7   Brandt.  However, the person, the affiant who is asking for
 8   the records is Mr. Sheikh, which under the Civil Code,
 9   notwithstanding what the APA says, it has to be asked for by
10   the party.
11              He is also asking for documents that he has
12   already received in large quantities, and he is asking for
13   documents relating to all other physicians who may have had
14   their license denied by the Medical Board because they did
15   not fill out a medical form properly.  That is what the
16   issues are here.
17              If this trial gets delayed, it will be for that
18   ground, that issue.  I am almost certain, and I am not
19   certain that he is going to get an attorney, that she is
20   going to get an attorney.  I had a conversation yesterday,
21   which I won't reveal to you because it was in terms of
22   settlement, and I do not believe that an attorney will be --
23              I would welcome an attorney on this case,
24   Your Honor, but in my dealings with this case and looking at
25   the record, I do not see that as being the case, and there
```

1  is no guarantees that that is going to happen.  That's my
2  objection.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**REDACTED**