# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

FARZANA SHEIKH ,

V.  SUMMONS IN A CIVIL CASE

MEDICAL BOARD OF CALIFORNIA , ET AL. ,

CASE NO: 2:10-CV-00213-FCD-GGH

TO: Medical Board of California, State of California
Defendant's Address:

Mr. Carlos Ramirez, Esq.
Senior Assistant Attorney General

**FILED**

FEB 17 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

YOU ARE HEREBY SUMMONED and required to serve on

Farzana Sheikh, MD
P.O. Box 869
French Camp, California 95231

an answer to the complaint which is served on you with this summons, within 21 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

VICTORIA C. MINOR
CLERK

/s/ L. Reader

(By) DEPUTY CLERK



ISSUED ON 2010-01-27 12:24:39.0 , Clerk
USDC EDCA

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE  Jan 28, 2010 |
| NAME OF SERVER (PRINT)  REHAN SHEIKH | TITLE  Individual |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Embassy Suites 150 Anza Blvd. Burlingame Room/Mendocino, Burlingame CA 94010

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL  — TBD | SERVICES  — TBD | TOTAL  — TBD |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Feb 16, 2010
           Date

Signature of Server

PO Box 869, French Camp CA 95231
Address of Server

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FARZANA SHEIKH,

V.     **SUMMONS IN A CIVIL CASE**

MEDICAL BOARD OF CALIFORNIA, ET AL.,

CASE NO: 2:10-CV-00213-FCD-GGH

TO: Medical Board of California, State of California
Defendant's Address:

*Ms. Barbara Yaroslavsky*
*President, Medical Board of California*

**YOU ARE HEREBY SUMMONED** and required to serve on

**Farzana Sheikh, MD**
**P.O. Box 869**
**French Camp, California 95231**

an answer to the complaint which is served on you with this summons, within 21 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

VICTORIA C. MINOR
CLERK

/s/ L. Reader

(By) DEPUTY CLERK



ISSUED ON 2010-01-27 12:24:39.0, Clerk
USDC EDCA

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE  Jan 28, 2010 |
| NAME OF SERVER (PRINT)  REHAN SHEIKH | TITLE  Individual |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Embassy Suites 150 Anza Blvd. Burlingame Room/Mendocino, Burlingame CA 94010

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — TBD | — TBD | — TBD |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Feb 16, 2010
Date

Signature of Server

PO Box 869, French Camp CA 95231
Address of Server