FARZANA SHEIKH, M.D., In Pro Per
P.O. Box 869
French Camp, CA 95231
Telephone:    (209) 982 9039
Facsimile:    (209) 468 6392

Prepared by;
REHAN SHEIKH,
rehansheikh@yahoo.com

**FILED**

FEB **1 7** 2010

CLERK, U.S. DISTRICT **COURT**
EASTERN DISTRICT OF **CALIFORNIA**
BY ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## (SACRAMENTO DIVISION)

| | |
|---|---|
| FARZANA SHEIKH, M.D.<br>Plaintiff,<br><br>v.<br><br>MEDICAL BOARD OF CALIFORNIA<br>Defendant<br><br>and<br>THE STATE OF CALIFORNIA<br>Defendant | **CASE: 2:10-CV-00213 – FCD - GGH**<br><br>**LIMITED OPPOSITION TO DEFENDANT'S EX-PARTE MOTION FOR EXTENSION TO RESPOND TO DECLARATORY RELIEF**<br><br>**OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION TO RESPOND TO PETITION ON DENIAL OF PHYSICIAN'S LICENSE** |

Plaintiff Farzana Sheikh[1], M.D. hereby respectfully comes before the Court and submits her limited opposition to Defendant's Motion for extra time to respond on Declaratory Relief on Constitutionality of a specific California Statue. Further, Dr. Sheikh submits her opposition to Ex-Parte Motion for extra time to respond on her Petition seeking review on denial of her application for license.

---

[1] Petitioner Farzana Sheikh, M.D. is hereby referred as Dr. Sheikh.

1

2

3    I.    LIMITED    OPPOSITION    FOR    EXTENSION    OF    TIME    TO    RESPOND    TO
4    DECLARATORY RELIEF ON VALIDITY OF CALIFORNIA STATUE;

5    A Declaratory Relief on validity of California's Business and Professional Code § 2335
6    concerns the whole physician population of California presently upwards of 125,000 and growing.
7    That Statue is also a corner stone of disciplinary process of the Medical Board and hence it also
8    warrants a careful consideration by all parties. Plaintiff does not oppose a limited extension of time
9    to respond on this Petition if Defendants need more time to respond in order to give it a careful
10   consideration.

11   In agreeing to an extension of time to respond, as much as this Court may deem appropriate,
12   to Declaratory Relief on validity of Statue, Plaintiff, however, does not agree to Defendant's
13   reasoning. In order to seek an extension, defendants have relied on the claim that Summons was
14   never served; that is not correct.

15   The Summons was timely served on Defendants on Jan 28th, 2010 in Burlingame California.
16   Mr. Sheikh personally handed over the Summons and a copy of the Petition to President of the
17   Medical Board and a Senior Assistant Attorney General at Quarterly Meeting of Medical Board of
18   California (A copy of Executed Summons submitted with this Court). Defendant's assertion that
19   Summons was never served is devoid of factual justification.

20   II.    OPPOSITION FOR EXTENSION OF TIME TO RESPOND TO PETITION TO REVIEW
21   DENIAL OF PLAINTIFF'S APPLICATION FOR LICENSE;

22   Dr. Sheikh, however, submits her opposition for any extension to respond to her Petition
23   seeking a review on denial of her application for license by the State. Whether, Dr. Sheikh
24   submitted her petition via her representative or in pro per, the contents of the Petition have not
25   changed (Reference: Original Petition and Amended Petition). Further, Dr. Sheikh complied with
26   the Courts order and timely submitted an amended Petition in Pro Per. Dr. Sheikh mailed the
27   Amended Petition via certified mail that was received by this Court on February 12, 2010.

28

1

2

3    Defendants are only trying to seek an extension merely by pointing to a technicality and without
4    stating any justification for extension.

5        Plaintiff, respectfully, presents the following additional consideration for this Court in order
6    to seek denial of Defendant's Motion for more time.

7        A.    The Board received Dr. Sheikh's application for license in or around September 2007
8              over two years ago. The Board has not explained to this Court if the time it had for review of
9              application was not sufficient.

10       B.    Dr. Sheikh is a resident of County of San Joaquin that is declared as 'underserved' for
11             severe shortage of primary care physicians. Dr. Sheikh had accepted a job to work as a
12             physician in the same area prior to denial of her application for license. In that rural and
13             'underserved' area there are generally incentives provided to primary care physicians in order
14             to motivate physicians to work there.

15       Public will generally benefit from Dr. Sheikh's services as a physician as soon as she is
16   licensed. The request for an extension time can be denied for general welfare of patient population
17   of underserved area of San Joaquin County. California Business and Professional Code § 2001.1
18   [PRIORITY OF BOARD; PROTECTION OF PUBLIC] states;

19                *Protection of public shall be the highest priority for the Medical Board of*
20                *California in exercising its licensing, regulatory, and disciplinary functions.*
21                *Whenever the protection of public is inconsistent with other interest sought to be*
22                *promoted, the protection of public shall be paramount.*

23   //

24       C.    Granting any extension of time to respond to Dr. Sheikh's Petition, is prejudicial to
25             Dr. Sheikh. Dr. Sheikh deserves to make a living after satisfactorily meeting all the
26             requirements of a license. A physician's license is physician's vested property right. Any
27             delay will cause undue hardship to Dr. Sheikh as she is sole provider for her family.

28

1

2

3    The State cannot be allowed to seek a further delay on review of meritless use of its police

4 power without providing any appropriate justification to this Court. Plaintiff, respectfully requests

5 this Court that this Court deny Defendant's Motion for any extension to respond to Dr. Sheikh's

6 Petition for denial of her application for license.

7    This Court can, however, consider granting an extension for a very limited number of days

8 only if the Board is able to demonstrate an appropriate justification for seeking an extension.

9

10                                 Respectfully Submitted;

11

12

13

14 | Dated:  Feb 17, 2010

15                                 Farzana Sheikh, M.D.

16

17

18

19

20

21

22

23

24

25

26

27

28