1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  JOSE R. GUERRERO, State Bar No. 97276
   Supervising Deputy Attorney General
3  SUSAN K. MEADOWS, State Bar No. 115092
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
5   Telephone: Guerrero: (415) 703-5585
    Telephone: Meadows: (415) 703-5552
6   Fax: (415) 703-5480
    E-mail: Jose.Guerrero@doj.ca.gov
7   E-mail: Susan.Meadows@doj.ca.gov
   *Attorneys for Defendants*
8  *Medical Board of California and*
   *State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARZANA SHEIKH, M.D.,<br><br>  Plaintiff,<br><br>  v.<br><br>MEDICAL BOARD OF CALIFORNIA,<br><br>  Defendant,<br><br>STATE OF CALIFORNIA,<br><br>  Defendant. | No. Civ. 2:10-cv-00213 FCD GGH (PS)<br><br>**NOTICE OF APPEARANCE**<br><br>Date:       N/A<br>Time:      N/A<br>Courtroom: 24/<br>Judge       The Honorable Gregory G. Hollows |

   Please be advised that I, Deputy Attorney General, Susan K. Meadows, have been assigned to handle this matter and represent Defendants, Medical Board of California and the State of California in the above entitled action. Please provide me with any future notifications and/or filings regarding the above matter. Please terminate Deputy Attorney General, Joshua Anthony

//

1

1 | Room, as an attorney to be noticed in this action.

2

3 | Dated: February 26, 2010                          Respectfully submitted,

4 |                                                                    EDMUND G. BROWN JR.
     Attorney General of California

5

6 |                                                                    /s/ Susan K. Meadows
     SUSAN K. MEADOWS
7 |                                                                    Deputy Attorney General

8 |                                                                    *Attorneys for Defendants Medical Board of California and State of California*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   In the Matter of the Petition for Writ of Review: FARZANA SHEIKH, M.D.
CaseNo.:     2:10-cv-00213-FCD-GGH (PS)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On February 26, 2010, I served the attached *NOTICE OF APPEARANCE* by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Farzana Sheikh
P.O. Box 869
French Camp, CA 95231
*In Pro Per*


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 26, 2010, at San Francisco, California.

|  |  |
|---|---|
| Sylvia Wu | *Sylvia Wu* |
| Declarant | Signature |

SF2010400249
40432983.doc