1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  JOSE R. GUERRERO, State Bar No. 97276
   Supervising Deputy Attorney General
3  SUSAN K. MEADOWS, State Bar No. 115092
    455 Golden Gate Avenue, Suite 11000
4   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5552
5   Fax:  (415) 703-5480
    E-mail:  Susan.Meadows@doj.ca.gov
6
   *Attorneys for Defendants*
7  *Medical Board of California and*
   *State of California*
8

9

10                   **UNITED STATES DISTRICT COURT**

11                   **EASTERN DISTRICT OF CALIFORNIA**

12

13

| **FARZANA SHEIKH, M.D.,** | No. Civ. S-10-0213 FCD GGH PS |
|---|---|
| Plaintiff, | **NOTICE OF MOTION; MOTION TO DISMISS PETITION FOR WRIT OF REVIEW AND DECLARATORY RELIEF [F.R.C.P., Rule 12(b)]** |
| v. | |
| **MEDICAL BOARD OF CALIFORNIA,** | |
| Defendant, | Date: April 22, 2010<br>Time: 10:00 a.m.<br>Courtroom: 9<br>Judge: The Honorable Gregory G. Hollows<br>Trial Date: Not set for hearing<br>Action Filed: February 17, 2010 |
| and | |
| **THE STATE OF CALIFORNIA,** | |
| Defendant. | |

TO PLAINTIFF FARZANA SHEIKH, IN PRO PER:

   PLEASE TAKE NOTICE that on April 22, 2010 at 10:00 a.m. or as soon thereafter as counsel may be heard in the above-entitled court, located at 501 I Street, Courtroom 9, 13th Floor, Sacramento, California, Defendants Medical Board of California and State of California

///

1

will move this Court for an order, under Federal Rules of Civil Procedure, Rule 12(b), dismissing with prejudice the Amended Petition for Writ of Review; on Denial of Application for Physician's License by Medical Board of California CCP § 1094.5 [and] Declaratory Relief; California Business and Professional [sic] Code §2335 Violates Physician's Constitutional Right to Due Process 42 U.S.C.A. § 183 [sic] and each cause of action alleged therein, on grounds of lack of jurisdiction over the subject matter (12(b)(1)) and/or failure to state a claim upon which relief can be granted (12(b)(6)).

This motion will be based on this motion and notice of motion, the memorandum in support of the motion, Defendants' request for judicial notice and exhibits to the request, and on such oral and documentary evidence as shall be introduced at the time of the hearing, and on all papers and pleadings on file herein.

**MOTION TO DISMISS**

Defendants Medical Board of California and State of California move to dismiss the Amended Petition for Writ of Review; on Denial of Application for Physician's License by Medical Board of California CCP § 1094.5 [and] Declaratory Relief; California Business and Professional [sic] Code §2335 Violates Physician's Constitutional Right to Due Process 42 U.S.C.A. § 183 [sic] on the following specific grounds, that:

1. This Court lacks jurisdiction over the subject matter; and/or
2. The Petition fails to state a claim upon which relief can be granted.

WHEREFORE, Defendants Medical Board of California and State of California pray as follows:

1. That the Petition and each claim for relief alleged therein be dismissed as against Defendants Medical Board of California and State of California;
2. That Plaintiff be ordered to take nothing from moving Defendants;

///
///
///
///

2

1      3. That judgment be entered in favor of the moving Defendants; and

2      4. For such other relief as the Court deems just and proper.

March 4, 2010                                  Respectfully Submitted,

EDMUND G. BROWN JR.
Attorney General of California
JOSE R. GUERRERO
Supervising Deputy Attorney General


                                 __/S/ Susan K. Meadows_____
SUSAN K. MEADOWS
Deputy Attorney General
*Attorneys for Defendants*
*Medical Board of California and*
*State of California*

## DECLARATION OF SERVICE BY U.S. MAIL and OVERNIGHT COURIER

Case Name:   **In the Matter of the Petition for Writ of Review: FARZANA SHEIKH, M.D.**

Case No.:    **Civ. S-10-0213 FCD GGH PS**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>March 4, 2010</u>, I served the attached

1. **Notice of Motion; Motion to Dismiss Petition for Writ of Review and Declaratory Relief [F.R.C.P., Rule 12(B)]**
2. **Memorandum in Support of Defendants' Motion to Dismiss Petition for Writ Of Review and Declaratory Relief**
3. **Defendants Medical Board of California and State of California Request for Judicial Notice in Support of Defendants' Motion to Dismiss**
4. **[Proposed] Order Granting Defendants' Motion to Dismiss**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid with the **U.S. Mail** and the **U.S Express Mail (Overnight)**, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Farzana Sheikh
P.O. Box 869
French Camp, CA 95231

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 4, 2010, at San Francisco, California.

|  Debin Wang  |  /S/ *Debin Wang*  |
|:---:|:---:|
| Declarant | Signature |