EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
JOSE R. GUERRERO, State Bar No. 97276
Supervising Deputy Attorney General
SUSAN K. MEADOWS, State Bar No. 115092
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5552
 Fax:  (415) 703-5480
 E-mail:  Susan.Meadows@doj.ca.gov

*Attorneys for Defendants*
*Medical Board of California and*
*State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FARZANA SHEIKH, M.D.,**<br><br>               Plaintiff,<br><br>     v.<br><br>**MEDICAL BOARD OF CALIFORNIA,**<br><br>               Defendant,<br><br>**STATE OF CALIFORNIA,**<br><br>               Defendant. | No. Civ. S-10-0213 FCD GGH PS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>**[F.R.C.P., Rule 12(b)]**<br><br>Date:        April 22, 2010<br>Time:       10:00 a.m.<br>Courtroom: 9<br>Judge:      The Honorable Gregory G. Hollows<br>Trial Date:   Not set for hearing<br>Action Filed: February 17, 2010 |

   The Court has considered the Motion of Defendants Medical Board of California and State of California to Dismiss Plaintiff's Amended Petition for Writ of Review and Declaratory Relief and, there being good cause.

///

///

///

1

1   It is ORDERED that the Defendants' Motion is granted.  The Amended Petition for Writ of
2   Review and Declaratory Relief is dismissed with prejudice pursuant to Rules of Fed. Proc. Rule
3   12(b)(1) and 12(b)(6).
4   IT IS SO ORDERED.

6   Dated:

  _____
8   GREGORY G. HOLLOWS
    U.S. MAGISTRATE JUDGE

2
Order Granting Defendants' Motion to Dismiss (Civ. S-10-0213 FCD GGH PS)


1   It is ORDERED that the Defendants' Motion is granted.  The Amended Petition for Writ of
2   Review and Declaratory Relief is dismissed with prejudice pursuant to Rules of Fed. Proc. Rule
3   12(b)(1) and 12(b)(6).
4   IT IS SO ORDERED.

6   Dated:

  _____
8   GREGORY G. HOLLOWS
    U.S. MAGISTRATE JUDGE