2

3  FARZANA SHEIKH, M.D., In Pro Per
   P.O. Box 869
4  French Camp, CA 95231
   Telephone:  (209) 982 9039
5  Facsimile:  (209) 468 6392

**FILED** J/C

MAR 19 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

6

7  Prepared by:
   REHAN SHEIKH,
   rehansheikh@yahoo.com

8

9

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12                  (SACRAMENTO DIVISION)

13

14

15  FARZANA SHEIKH, M.D.              CASE: 2:10-CV-00213 – FCD - GGH
        Plaintiff,
16                                    EX-PARTE
        v.                            AMENDED MOTION FOR EFILING ACCESS
17                                    FOR PLAINTIFF IN PRO PER
    MEDICAL BOARD OF CALIFORNIA
        Defendant
18                                    MARCH 26' 2010
    and
19                                    10:00 AM

20  THE STATE OF CALIFORNIA           HON. FRANK DAMRELL
        Defendant

21

22  _____

23      Plaintiff Farzana Sheikh[1], M.D. hereby respectfully comes before the Court and submits this Motion

24  for permission of the Court so that she can electronically submit documents with the Court. Dr. Sheikh has

25  submitted a Petition for Writ of Review of this Court to seek approval of her application for physician's

26  license with the State Medical Board.

27

28  [1] Petitioner Farzana Sheikh, M.D. is hereby referred as Dr. Sheikh.

Electronic Document submission (ECF) is a preferred method of document submission with the Court. Dr. Sheikh is familiar with using computers and she hereby requests permission of this Court so that she can electronically submit documents with the Court. This will enable Dr. Sheikh to submit Documents online and will be consistent with general policy of encouraging electronic submission.

**PRAYER**

WHEREFORE, plaintiff respectfully requests this Court's permission for access to ECF system and for electronic submission of documents.

Respectfully Submitted by:

Dated: Mar 19, 2010

_____
Farzana Sheikh, M.D.

CASE: 2:10-CV-00213 – FCD – GGH

FARZANA SHEIKH M.D. v. MEDICAL BOARD OF CALIFORNIA and THE STATE OF CALIFORNIA

ORDER APPROVING PLAINTIFF'S REQUEST TO SUBMIT DOCUMENTS ELECTRONICALLY

[PROPOSED] ORDER

Plaintiff Farzana Sheikh, M.D. has submitted a Motion with the Court seeking approval to submit documents electronically. Plaintiff's Motion for electronic document submission is granted. Plaintiff will contact appropriate support staff to setup an account for e-filing system of this Court.

THIS IS ORDERED.

DATE: March    , 2010

-----------------------------------------------------------------
HON. FRANK C. DAMRELL JR.

UNITED STATES DISTRICT JUDGE

EASTERN DISTRIC OF CALIFORNIA