FILED

APR 21 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FARZANA SHEIKH, M.D.

    Plaintiff,

    v.    NO. CIV. S-10-0213 FCD GGH PS

MEDICAL BOARD OF CALIFORNIA, et al.,

    Defendants.    ORDER

_____/

    Plaintiff is proceeding in this action seemingly pro se and has paid the filing fee. This proceeding was referred to this court by Local Rule 302(21), pursuant to 28 U.S.C. § 636(b)(1). Plaintiff's husband, Rehan Sheikh, has written a letter to the court, dated April 9, 2010, which seeks extra time to file briefs and extra time at oral argument, for reasons that need not be specified in this order. Mr. Sheikh, a non-attorney, remains under the misimpression that he can represent his wife in court by making appearances and seeking continuances on her behalf. As Mr. Sheikh was previously informed by two court orders, this type of representation is forbidden. See E.D. Local Rule 180. Therefore, the letter signed by Rehan Sheikh has no legal significance in this case and will be returned to him.

\\\\\

1

1         Accordingly, IT IS ORDERED that: the Clerk of the Court is directed to return the letter sent to the court by Rehan Sheikh, dated April 9, 2010.

DATED: April 19, 2010

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

GGH:076
Sheikh0213.ltr.wpd