**CASE: 2:10-CV-00213 – FCD – GGH**

**FARZANA SHEIKH v. MEDICAL BOARD OF CALIFORNIA and THE STATE OF CALIFORNIA**

**REF: DEFENDANT'S MOTION FOR DISMISSAL**

**[PROPOSED]  ORDER**

Defendants Medical Board of California and the State of California have submitted a Motion for Dismissal before the Magistrate Judge. In this matter, the parties have not consented to the Jurisdiction of the Magistrate Judge and the Magistrate Judge may not grant hearing on dispositive matters pursuant to 28 U.S.C. § 636 (c).  Defendant's Motion for Dismissal is vacated and the defendant may notice the Motion for Dismissal, if any, before the District Judge.

THIS IS ORDERED.

DATE: June    , 2010

---------------------------------------------------------------
**HON. GREGORY G. HOLLOWS**

**UNITED STATES MAGISTRATE JUDGE**

**EASTERN DISTRIC OF CALIFORNIA**

# Farzana Sheikh, M.D.
PO Box 869 French Camp CA 95231
Phone (209) 982 9039; Email: rehansheikh@yahoo.com

Date: June 16, 2010

Honorable Gregory G. Hollows
United States Magistrate Judge
Eastern District of California
501 I Street
Sacramento, CA 95814

**Subject:** Request to Vacate Defendant's Motion for Dismissal

**Ref:** Farzana Sheikh v. Medical Board of California (2:10-CV-0213)

Dear Judge Hollows,

    With reference to defendant's Motion to dismiss plaintiff's Petition, Plaintiff is requesting the Honorable Magistrate Judge to vacate the motion for dismissal. The parties have NOT consented to the jurisdiction of the Magistrate Judge and the Magistrate Judge may not grant hearing on dispositive issues 28 U.S.C. § 636 (b)(1)(a) without regard to L.R. 302 (c)(21).

    Defendants may notice Motion for dismissal, if any, before the District Court.

    Plaintiff is requesting Court's immediate attention to schedule her Motion to Compel without any further delay.

Respectfully Submitted,

*/s/* Farzana Sheikh, M.D.