IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FARZANA SHEIKH, M.D.

   Plaintiff,       No. CIV S-10-0213 FCD GGH PS

  vs.

MEDICAL BOARD OF CA., et al.,

   Defendants.     ORDER

_____/

  Plaintiff, in a letter prepared by her non-lawyer husband, asks for the undersigned's recusal pursuant to 28 U.S.C. § 455 based on factors other than the decisions of the undersigned; however, those "other factors" are not described.[1] The request is denied.

DATED: 06/24/10

               /s/ Gregory G. Hollows

              UNITED STATES MAGISTRATE JUDGE

sheikh.ord

---

[1] Most likely those "other factors," despite protestations to the contrary, are indeed based on the decisions of the undersigned not to permit plaintiff's husband to represent her or speak for her in court.

1