FARZANA SHEIKH, M.D., In Pro Per
P.O. Box 869
French Camp, CA 95231
Telephone:    (209) 982 9039
Facsimile:    (209) 468 6392

Prepared by;
REHAN SHEIKH, Engineer
rehansheikh@yahoo.com

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)**

| | |
|---|---|
| FARZANA SHEIKH, M.D.<br>         Plaintiff,<br>     v.<br>MEDICAL BOARD OF CALIFORNIA<br>         Defendant<br><br>COUNTY OF SAN JOAQUIN<br>         A party of interest<br><br>SETON HEALTHCARE (AUSTIN TEXAS)<br>         A party of interest | **CASE: 2:10-CV-00213 – FCD - GGH**<br><br>**REVISED NOTICE OF MOTION:**<br><br>**PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S MOTION FOR DISMISSAL OF PLAINTIFF'S PETITION FOR ADMINISTRATIVE REVIEW**<br><br>**DATE:    JULY 29, 2010**<br><br>**TIME:    10:00 AM**<br><br>**JUDGE:  HON. GREGORY HOLLOWS** |

Plaintiff in Pro Per, hereby requests the Court's opinion on Plaintiff's Motion to Dismiss Defendant's Motion for Dismissal. Plaintiff had submitted that Motion in response to Defendant's Motion for Dismissal of plaintiff's Petition for Administrative Review. Both plaintiff and defendant had submitted arguments on that Motion. Plaintiff submits this revised Notice of Motion requesting the Court to issue its opinion without oral arguments.

**FACTUAL BACKGROUD – PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S MOTIONJ FOR DISMISSAL**

1. Defendant State of California and Medical Board of California via their legal representative submitted a Motion for Dismissal of Plaintiff's Petition for Writ of Administrative Review before the Magistrate Judge.
2. Plaintiff was not allowed to present oral arguments on hearing scheduled on June 10, 2010.
3. Plaintiff submitted written arguments in opposition to Defendant's Motion for Dismissal on procedural basis on June 16, 2010 <u>AND</u> in support of her Motion to Dismiss Defendants Motion for Dismissal.
4. Both the parties submitted additional written arguments on June 18, 2010 and June 21, 2010.
5. The Magistrate Judge issued its recommendation only on Defendant's Motion for Dismissal on July 14, 2010.
6. The Magistrate Judge overlooked to issue recommendations on Plaintiff's Motion for Dismissal in the above referenced opinion. This is a reversible error and plaintiff requests the Magistrate Judge to issue recommendation after considering plaintiff's opposition of Defendant's Motion for Dismissal.

**ARGUMENTS**

This will certainly conform to the notion of Due Process to consider plaintiff's arguments before issuing any recommendation or opinion. The Magistrate Judge may then accept or reject plaintiff's arguments according to law based on his judgment.

Further,

The California rules express a preference for resolution of every case on the merits, even if resolution requires excusing inadvertance by a pro se litigant that would otherwise result in a dismissal. The Judicial Council justifies this position based on the idea that "**Judges are charged with ascertaining the truth, not just playing referee**... A [petition] is not a game, where the party with the cleverest lawyer prevails regardless of the merits." (quoting *Gamet v. Blanchard*).

//

**PRAYER**

Plaintiff requests that the Magistrate Judge consider plaintiff's arguments before issuing any recommendations[1,2,3] on dismissal.

Respectfully Submitted;

/s/ Farzana Sheikh

Date:   July 28, 2010           ---------------------------------
Farzana Sheikh, M.D.

---

[1]. The magistrate Judge may use any information, as long as available in the Court records, as a basis for any recommendations.

[2] Plaintiff construes recommendations of the Magistrate Judge as Amicus Brief submitted in support of arbitrary actions of the State.

[3] The 10 page document/ recommendation submitted in the name of Magistrate Judge arbitrarily states "The Medical Board of California is statutorily authorized to review, and if necessary, deny applications for medical license."

The plaintiff has originally submitted this Writ for review with the Eastern District of California contesting **arbitrary actions** of the State.