IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FARZANA SHEIKH, M.D.,

       Plaintiff,                  CIV-S-10-0213 FCD GGH PS

    vs.

MEDICAL BOARD OF CA., et al.,

       Defendants.           ORDER

_____/

       On July 14, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff file a "reply" on July 28, 2010, which is construed as objections, and they were considered by the district judge.

       This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

1

1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed July 14, 2010, are ADOPTED; and

2. Defendants' amended motion to dismiss, filed April 29, 2010 (docket #40), is granted, and this action is dismissed.

DATED: August 20, 2010.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE