**CASE: 2:10-CV-00213 – FCD – GGH**

**FARZANA SHEIKH M.D. v. MEDICAL BOARD OF CALIFORNIA and THE STATE OF CALIFORNIA**

**PLAINTIFF'S MOTION FOR RECONSIDERATION ON DISMISSAL OF PETITION AND DECLARATORY RELIEF**

**[PROPOSED] ORDER**

Plaintiff Farzana Sheikh, M.D. has submitted a Motion for Reconsideration with the District Court. The Court vacates entry of judgment on the matter pending resolution of plaintiff's Motion for Reconsideration.

THIS IS ORDERED.

DATE: Sep 21, 2010

---------------------------------------------------------------
**HON. FRANK C. DAMRELL JR.**

**UNITED STATES DISTRICT JUDGE**

**EASTERN DISTRICT OF CALIFORNIA**