

**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5552
Facsimile: (415) 703-5480
E-Mail: Susan.meadows@doj.ca.gov

September 21, 2010

**Via E-Filing**
The Honorable Gregory G. Hollows
Chief Magistrate Judge
United States District Court
United States Courthouse
501 "I" Street, Courtroom 9
Sacramento, CA 95814

RE:  Farzana Sheikh, M.D. v. Medical Board of California, et al,
     USDC Eastern District Court No. 2:10-cv-00213-FCD-GGH (PS)

Dear Judge Hollows:

     This letter is written in response to the multiple and inappropriately filed documents and/or pleadings submitted by Plaintiff, Farzana Sheikh, post-judgment, in the above referenced matter. Defendants request that the Court vacate its Order dated March 18, 2010, granting Plaintiff conditional ECF privileges. [Dckt. #22] Since August 23, 2010, the date on which Judgment was entered by this Court in favor of Defendants, Medical Board of California and State of California, granting Defendants' Motion to Dismiss, [Dckt. #59], Plaintiff has abused her ECF filing privileges by submitting a plethora of documents and/or pleadings, prepared by her husband, Rehan Sheikh. Most recently, Plaintiff filed Requests for Judicial Notice, and Requests for Admissions pursuant to FRCP 36 [Dckt. #'s 72 & 73]. Plaintiff, in effect, is creating a record of non-response since Defendants are under no legal obligation to respond to her discovery requests and/or Requests for Judicial Notice.

     In its Order dated March 18, 2010, the Court specifically advised Plaintiff that her electronic filings would be "monitored to assess their reasonableness". [Dckt. # 22, p-2] Plaintiff was warned that should the Court discern any unreasonable expansive filings, either in number or volume, the Order granting her conditional ECF privileges would be vacated. [Dckt.# 22, p.2] Plaintiff has blatantly ignored this Court's Order and Judgment dismissing her case by e-filing documents that no longer have legal significance in the matter. Based on the above,

The Honorable Gregory G. Hollows
September 21, 2010
Page 2

      Defendants respectfully request that the Court issue an Order vacating Plaintiff's ECF privileges.

                                          Sincerely,

                                          <u>"/s/ Susan K. Meadows"</u>
                                          SUSAN K. MEADOWS
                                          Deputy Attorney General

                      For     EDMUND G. BROWN JR.
                                            Attorney General

SF2010400249
20343696.doc