IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FARZANA SHEIKH, M.D.

        Plaintiff,

   v.                                      NO. CIV. S-10-0213 FCD GGH PS

MEDICAL BOARD OF CALIFORNIA, et al.,

        Defendants.                <u>ORDER</u>

_____/

        Judgment was entered in this case on August 23, 2010.  Since that date, plaintiff has filed no less than twelve documents, all electronically.  When the undersigned gave permission to this pro so plaintiff to utilize electronic filing, it was conditional.  In fact, the order specifically stated, "[p]laintiff is specifically warned that the court will carefully monitor plaintiff's filings to assess their reasonableness.  Should the court discern any unreasonably expansive filings, either in number or volume, this order will be vacated.  Plaintiff is referred to the local rules regarding deadlines for electronic filing.  <u>See</u> E. D. Cal. L. R. 78-230(c)."

        As plaintiff's filings have become unreasonable, especially in light of their having been filed after this case was terminated, plaintiff's access to electronically filing will be terminated.

\\\\\

1

1 | Accordingly, IT IS ORDERED that:

2 |   1. Plaintiff's e-filing access is terminated.

3 |   2. The Clerk of the Court is directed to terminate such access in this case.

4 | DATED: September 21, 2010

5 | /s/ Gregory G. Hollows

6 | GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

7 | GGH:076
Sheikh0213.ecf2