FARZANA SHEIKH, M.D., In Pro Per
P.O. Box 869
French Camp, CA 95231
Telephone:     (209) 982 9039

Prepared by;
REHAN SHEIKH,
rehansheikh@yahoo.com

**FILED**

NOV 1 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

### NINTH CIRCUIT COURT OF APPEALS

| | |
|---|---|
| FARZANA SHEIKH, M.D. <br> Plaintiff, <br> v. <br> MEDICAL BOARD OF CALIFORNIA <br> Defendant <br> and <br> THE STATE OF CALIFORNIA <br> Defendant | CASE: 2:10-CV-00213 – FCD - GGH <br><br> CA 9  : 10-17098 <br><br> **AMENDED NOTICE OF CIVIL APPEAL** <br><br> **FRAP 4** <br> **FRAP 3** |

Plaintiff has already submitted Notice of Civil appeal on initial dismissal of the above referenced matter; dismissed on Aug 20, 2010 (filed Aug 23, 2010).

<u>Additionally</u>, plaintiff submits this **amended** Notice of Appeal on Denial of her Motion for relief from final judgment; denied on October 20, 2010.

Respectfully Submitted by;

Date: November 10, 2010     (for) _____
                                    Farzana Sheikh, M.D.

Plaintiff's Amended Notice of Civil Appeal with the Ninth Circuit Court of Appeals.
Dr Sheikh v. Medical Board of California
Page 1